## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**AMY SMITH, Individually**                                          **PLAINTIFFS**
**and on behalf of**
**others similarly situated,** *et al.*

**v.**                          **CASE NO. 4:19-CV-00245-BSM**

**NPMC,** *et al.*                                          **DEFENDANTS**

### <u>JUDGMENT</u>

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE